No. 90–141. HARDEN v. HOOSIER. C. A. 6th Cir. Certiorari denied.

No. 90–146. WALKER v. BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA, ET AL. Sup. Ct. Okla. Certiorari denied.

No. 90–148. KLEIN v. IOWA DEPARTMENT OF REVENUE AND FINANCE. Sup. Ct. Iowa. Certiorari denied.

No. 90–150. FORDHAM v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 90–154. DAVIS v. UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 90–156. MACHEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–157. TRUSTEES OF THE CENTENNIAL STATE CARPENTERS PENSION TRUST FUND v. CENTRIC CORP. C. A. 10th Cir. Certiorari denied.

No. 90–158. BOURKE v. SCHUMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–159. TOWN OF BABYLON, NEW YORK, ET AL. v. NATIONAL ADVERTISING CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–160. SMITH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–161. MPM CONTRACTORS, INC. v. DEPARTMENT OF HEALTH AND ENVIRONMENT OF KANSAS. Ct. App. Kan. Certiorari denied.

No. 90–163. EVERETT v. I-NET, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–164. STRUBINGER v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.